UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cv-01360-MO |
| Plaintiff, | |
| v. | WARRANT FOR ARREST AND SEIZURE OF PROPERTY |
| $187,182.67 IN UNITED STATES CURRENCY, *in rem*, | |
| Defendant. | |

TO: U.S. CUSTOMS AND BORDER PROTECTION; HOMELAND SECURITY INVESTIGATIONS OR OTHER AUTHORIZED OFFICERS

Based upon the Complaint filed herein praying that process issue for the arrest of Defendant, *in rem*, $187,182.67 U.S. currency, and the Court being satisfied that based upon the verified Complaint filed that there is probable cause to believe that Defendant, *in rem*, $187,182.67 in U.S. currency was involved in transactions or attempted transactions or traceable to money laundering offenses in violation of 18 U.S.C. § 1956(a)(1)(B)(i) (concealment money laundering) and 18 U.S.C. § 1957 (unlawful monetary transactions in excess of $10,000), and is property constituting or derived from proceeds obtained, directly or indirectly, from a violation of 18 U.S.C. § 1343 (wire fraud). These funds are subject to seizure pursuant to 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

You are hereby commanded to arrest and take into your possession until further order of the Court, Defendant, *in rem*, $187,182.67 U.S. currency.

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the Defendant currency may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines to be frivolous. The claim must be filed not later than the time stated in a direct notice sent pursuant to Rule G(4)(b), or thirty days after the final publication of notice if no direct notice was sent to claimant or claimant's attorney. In addition, any person having filed such a claim shall also serve and file an Answer to the Complaint under Rule G(5)(b) within twenty-one days after the filing of the claim. The claim must be filed with the Clerk of the U.S. District Court for the District of Oregon, 1000 SW 3rd Avenue, Room 740, Portland, Oregon 97204. The claim and Answer must be served upon Julia E. Jarrett, Assistant United States Attorney, 1000 SW 3rd Ave., Suite 600, Portland, Oregon 97204. Default and forfeiture may be ordered if these procedures are not followed. 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

DATED: September 20, 2023.

_____
HONORABLE MICHAEL W. MOSMAN
Senior United States District Judge