UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:23-cv-01360-MO |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT OF FORFEITURE |
| $187,182.67 IN UNITED STATES CURRENCY, *in rem*, | |
| Defendants. | |

Based upon the Plaintiff's Motion for Entry of a Default Judgment of Forfeiture,

IT IS ORDERED AND ADJUDGED that the Defendant, *in rem*, $187,182.67 in United States currency, and all persons claiming any right, title, or interest in or to this Defendant, are in default for want of claim, answer, or other response or pleading, and such default is entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that this Court has subject matter jurisdiction and Defendant, *in rem*, $187,182.67 United States currency, is condemned and forfeited to the United States of America, free and clear of the claims of any and all persons, including, Shaishav Ramavat, claiming any right, title, or interest in or to the Defendant currency. The United States is directed to immediately transfer the custody and possession of the Defendant, *in rem*, $187,182.67 United States currency to the Secretary of the Treasury for disposition in accordance with applicable statutes and regulations and provisions of this Judgment.

The parties shall each bear their own costs and attorney fees incurred in prosecuting and defending this action.

DATED this 6th day of February 2024.

_____
HONORABLE MICHAEL W. MOSMAN
Senior United States District Judge

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney


*/s/ Julia E. Jarrett*
JULIA E. JARRETT
Assistant United States Attorney